■ In the Matter of CAROLYN WARMUS, Petitioner, v SABINA KAPLAN,as Superintendent of Bedford Hills Correctional Facility, et al., Respondents. [18 NYS3d 897]—(1) Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent Superintendent of Bedford Hills Correctional Facility finding petitioner guilty of violating certain prison disciplinary rules, and (2) motions to strike respondents' in camera exhibit and respondents' brief.

Petitioner commenced this CPLR article 78 proceeding challenging a determination finding her guilty of violating certain

prison disciplinary rules. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the $5 mandatory surcharge has been refunded to petitioner's inmate account. Although petitioner seeks to be restored to her prior status, she is not entitled to such relief (*see Matter of McLee v Annucci*, 131 AD3d 768 [2015]; *Matter of Woods v Annucci*, 131 AD3d 742, 743 [2015]). Accordingly, given that petitioner has received all of the relief to which she is entitled, the petition must be dismissed as moot (*see Matter of McKethan v Prack*, 111 AD3d 1046 [2013]; *Matter of Campbell v Fischer*, 89 AD3d 1363, 1364 [2011]). Furthermore, inasmuch as the disciplinary determination has been administratively reversed, petitioner's motions to strike respondents' in camera exhibit and respondents' brief are denied as academic.

McCarthy, J.P., Garry, Rose and Devine, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $15.

Ordered that the motions are denied, without costs.